**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X
THE NEW YORK TIMES COMPANY AND CHARLIE SAVAGE,

                        Plaintiffs,

    -against-                                      21 **CIVIL** 10888 (NRB)

                                                          **JUDGMENT**

FEDERAL BUREAU OF INVESTIGATION,

                        Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 13, 2023, the Government's motion for summary judgment is granted. Judgment is entered for the Government, and the case is closed.

**Dated:**  New York, New York

       September 13, 2023

                                                             **RUBY J. KRAJICK**
                                                              **Clerk of Court**

                                     **BY:** _____
                                                                 **Deputy Clerk**